```
                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3003 |
| | ) | |
| v. | ) | |
| | ) | |
| AUGUSTINE CARRILLO-ORDONEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a motion for a <u>Franks</u> hearing challenging the search of his residence pursuant to a warrant. Filing 14.  Defendant's counsel has properly filed a redacted version of the warrant application, warrant, and police report related to the <u>Franks</u> motion.  However, upon review, the court has concluded that unredacted versions of these documents would assist the court in fully evaluating the basis of defendant's motion.

   IT THEREFORE HEREBY IS ORDERED:  On or before March 2, 2007, defendant's counsel shall file, <u>under seal</u>, an unredacted copy of the affidavit in support of search warrant, search warrant, and police report attached to defendant's filing 14 motion.

   DATED this 27th day of February, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge