IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3003 |
| | ) | |
| v. | ) | |
| | ) | |
| AUGUSTINE CARRILLO-ORDONEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The government's unopposed motion to continue briefing deadline, filing 19, is granted. The government's responsive brief shall be filed on or before March 16, 2007.

DATED this 1st day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge