THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| AUGUSTINE CARRILLO-ORDONEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Magistrate Judge's Recommendation (filing 34) that the defendant's motions to suppress (filing 12) and for a Franks hearing (filing 14) be denied. No objections to the Recommendation have been filed, as allowed by 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.1(c) and 57.3.

I have reviewed the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and I find after de novo review that the Recommendation should be adopted for the reasons stated in the accompanying memorandum.

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 34) is adopted; and

2. The defendant's motion to suppress (filing 12) and motion for a Franks hearing (filing 14) are denied.

May 3, 2007.                                  BY THE COURT:
                                              s/ *Richard G. Kopf*
                                              United States District Judge